

November 7, 2024

Hon. Judge Mary Kay Vyskocil
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

RE: **KARIM v. SK DESIGN CONCEPTS, LLC**
    **DOCKET NO. 1:24-cv-6637**

Dear Judge Vyskocil:

The undersigned represents Jessica Karim, the plaintiff in the above-referenced matter. I write in response to Your Honor's Order to Show Cause dated November 7, 2024 (Doc. 10), and to advise the Court that this case has been settled in principle.

The parties are currently in the process of finalizing settlement conditions and we anticipate filing a Stipulation of Dismissal with Prejudice within the next thirty (30) days. On November 1st, a proposed settlement agreement was sent to Annie Cha, Esq., counsel for the defendant. Earlier today, Ms. Cha informed me that she will have her edits, if any, to me by tomorrow. Accordingly, the undersigned submits that plaintiff has not abandoned this case and respectfully requests thirty (30) days to file a Stipulation of Dismissal.

Thank you for your time and consideration on this matter.

Respectfully,

Gabriel A. Levy