USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
#:_____
DATE FILED: 12/3/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JESSICA KARIM, *on behalf of herself and all others similarly situated*, <br><br> Plaintiff, <br><br> -against- <br><br> SK DESIGN CONCEPTS, LLC, <br><br> Defendant. | 1:24-cv-06637-MKV <br><br> **ORDER** |

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of a joint letter informing the Court that the parties have reached a settlement in principle [ECF No. 11]. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the parties are unable to memorialize their settlement in writing and as long as the application to restore the action is made by January 2, 2025. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

**Date:** December 3, 2024
New York, NY

*[signature]*
**MARY KAY VYSKOCIL**
**United States District Judge**